UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Patrice Sidler, | ) Case No.: 1:13CV436 ) |
| | ) JUDGE WELLS |
| Plaintiff-Relator, | ) ) |
| v. | ) **THE GOVERNMENT'S NOTICE** ) **OF ELECTION TO** |
| DeVry, Inc., et al., | ) **DECLINE INTERVENTION** ) |
| Defendants. | ) ) **FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this

Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of the Relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

STEVEN M. DETTELBACH
United States Attorney

By: /s/ Patricia M. Fitzgerald
Patricia M. Fitzgerald (PA Bar #308973)
Heather Tonsing Volosin (#0069606)
Assistant U.S. Attorney's Office
United States Courthouse
801 West Superior Avenue, Suite #400
Cleveland, Ohio 44113
(216) 622-3779/ (216) 622-3797 voice
(216) 522-2404 facsimile
Patricia.fitzgerald2@usdoj.gov
heather.tonsing.volosin@usdoj.gov

ATTORNEYS FOR THE
UNITED STATES OF AMERICA


CERTIFICATE OF SERVICE

A copy of The Government's Notice of Election to Decline Intervention, along with Proposed Order, was sent by regular U.S. mail this 20th day of July, 2015, to:

WARNER MENDENHALL, Esq.
Law Offices of Warner Mendenhall, Inc.
190 N. Union St., Ste. 201
Akron, OH 44304

Attorney for Relator

/s/ Patricia M. Fitzgerald
Patricia M. Fitzgerald
Assistant U.S. Attorney

3