IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. SIDLER, | ) ) ) | CASE NO. 1:13 CV 000436 |
| Relator, | ) ) | JUDGE WELLS |
| v. | ) ) ) | **NOTICE OF SERVICE OF ADDITIONAL WRITTEN DISCLOSURES** |
| DEVRY, INC. et al. | ) ) | |
| Respondents. | ) | |

Now comes Relator, through her attorney, who hereby dismisses the above captioned case pursuant to Rule 41(a)(1). On behalf of the United States, Assistant U.S. Attorney Patricia Fitzgerald consented to the dismissal and will file a notice reflecting consent.

Respectfully submitted,

/s/Warner Mendenhall
Warner Mendenhall (0070165)
Attorney for the Relator
warnermendenhall@gmail.com
190 North Union Street, Suite 201
Akron, OH 44304
330.535.9160
f330.762.9743

1

CERTIFICATE OF SERVICE

The undersigned certifies that on 10-1-15, a copy of the foregoing was filed. Notice of this filing will be sent by means of the Court's ECF system to:

Steven Dettelbach
U.S. Attorney
Attn: Patricia Fitzgerald
United States Courthouse
801 W. Superior Ave., Ste. 400
Cleveland, OH 44113

And by regular mail to:

Attorney General Lynch
U.S. Department of Justice
False Claims Act Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

/s/Warner Mendenhall
Warner Mendenhall (0070165)
Attorney for Relator