UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Patrice Sidler, | ) Case No.: 1:13CV436 )  ) JUDGE WELLS |
| Plaintiff-Relator, | ) ) |
| v. | ) **THE GOVERNMENT'S NOTICE** ) **OF CONSENT TO DISMISSAL** |
| DeVry, Inc., et al., | ) ) |
| Defendants. | ) ) |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States notifies the Court of its consent to Relator's request for dismissal.

Respectfully submitted,

STEVEN M. DETTELBACH
United States Attorney

By: /s/ Patricia M. Fitzgerald
Patricia M. Fitzgerald (PA Bar #308973)
Heather Tonsing Volosin (#0069606)
Assistant U.S. Attorney's Office
United States Courthouse
801 West Superior Avenue, Suite #400
Cleveland, Ohio 44113
(216) 622-3779/ (216) 622-3797 voice
(216) 522-2404 facsimile
Patricia.fitzgerald2@usdoj.gov
heather.tonsing.volosin@usdoj.gov

ATTORNEYS FOR THE
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2015, The Government's Notice of Consent to Dismissal, was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Patricia M. Fitzgerald
Patricia M. Fitzgerald
Assistant U.S. Attorney