IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SIDLER, | CASE NO. 1:13 CV 000436 |
| Relator, | JUDGE WELLS |
| v. | NOTICE ~~OF SERVICE OF ADDITIONAL WRITTEN DISCLOSURES~~ |
| DEVRY, INC. et al. | |
| Respondents. | |

Now comes Relator, through her attorney, who hereby dismisses the above captioned case pursuant to Rule 41(a)(1). On behalf of the United States, Assistant U.S. Attorney Patricia Fitzgerald consented to the dismissal and will file a notice reflecting consent.

Respectfully submitted,

/s/Warner Mendenhall
Warner Mendenhall (0070165)
Attorney for the Relator
warnermendenhall@gmail.com
190 North Union Street, Suite 201
Akron, OH 44304
330.535.9160
f330.762.9743

Notice of Dismissal is granted:

_/s/ Lesley Wells_
United States District Judge

10/2/2015

1